IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | | |
|---|---|---|
| Bulbs 4 East Side, Inc., | § | |
| d/b/a Just Bulbs, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:14-cv-03672 |
| | § | |
| Gregory Ricks, and John Does | § | |
| 1 through 10, | § | |
| Defendant. | § | |

### DEFENDANT'S RULE 26(a)(2) DESIGNATION OF EXPERTS

In accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure, Defendant, Gregory Ricks, respectfully designated the following experts:

### A. Experts

1. Zachary Hiller
   1415 North Loop Wet
   Suite 1013
   Houston, TX 77007
   (832) 830-8016

   Defendant's attorney/attorney's fees

   No formal reports have been prepared or are anticipated.

By: /s/Zachary Hiller_____
Zachary Hiller,
Attorney at Law
Texas Bar #24074413
1415 North Loop West
Suite 1013
Houston, TX 77008
(832) 830-8016

**ATTORNEY IN CHARGE FOR
DEFENDANT GREGORY RICKS**

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing was electronically filed with the Court to be served on all counsel of record by operation of the Court's ECF filing/notification system.

    This 30th day of September, 2015.

                                              __/s/Zachary Hiller_____