IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, HOUSTON
DIVISION

| | | |
|---|---|---|
| Bulbs 4 East Side, Inc., | § | |
| d/b/a Just Bulbs, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:14-cv-03672 |
| | § | |
| Gregory Ricks, and John Does | § | |
| 1 through 10, | § | |
| Defendant. | § | |

**PLAINTIFF'S RULE 26(a)(2) DESIGNATION OF EXPERTS**

In accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Bulbs 4 East Side, Inc., d/b/a/ JUST BULBS, respectfully designates the following experts:

**A. Experts**

Mark S. Kaufman
747 Third Avenue, 32nd Floor
New York, NY  10017
(212) 293-5556

Area of anticipated testimony:  Plaintiff's attorneys' fees and costs.

No formal reports have been prepared or are anticipated.

KAUFMAN & KAHN, LLP

BY: /s/ Mark S. Kaufman
       Mark S. Kaufman
Admitted *Pro Hac Vice*
747 Third Avenue, 32nd Floor
New York, NY  10017
Tel.:  (212) 293-5556
Fax:  (212) 355-5009
Email:  kaufman@kaufmankahn.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was electronically filed with the Court to be served on all counsel of record by operation of the Court's ECF filing/notification system.

This 26th day of October, 2015.

/s/ Mark S. Kaufman