# S. POSNER SONS INC.

122 East 42nd Street, New York, N.Y. 10168

Tel: (212) 486-1360
Fax: (212) 972-5939
Web: www.sposnersons.com

MARCH 22, 2001

TO:       JUDY KRAFT
          JUST BULBS

FROM:     JOYCE MINTZER

RE:       BAGS

DEAR JUDY:

I AM PLEASED TO SUBMIT THE FOLLOWING COSTS TO YOU FOR THE BAGS THAT YOU REQUESTED.

IN 1995, I HAD MADE YOUR RED BAGS IN THE USA. IN 1999, I MADE THE RED BAGS IN CHINA. I HAVE COSTS FROM BOTH MILLS, AND THE USA MILL STILL HAS THE PLATES FOR THE BAG.

I WOULD NEED ONE SAMPLE OF THE RED BAG TO MAKE SURE THE ART IS THE SAME, OR ELSE THERE WOULD BE A CHARGE FOR PLATES. THE SPECIFICATIONS ARE:

| | |
|---|---|
| BAG SIZE: | 12 X 8 X 27 |
| STYLE: | T-SHIRT CONSTRUCTION |
| FILM COLOR: | RED |
| IMPRINT: | ONE COLOR BLACK |
| GAUGE: | 2 MIL |
| QUANTITY: | 10,000 |
| COST PER BAG: | $ .19 M MADE IN USA |
| DELIVERY: | 4-5 WEEKS |
| FOB: | MILL |
| COST PER BAG: | $ .187 MADE IN CHINA |
| DELIVERY: | 12-14 WEEKS |
| FOB: | FLORIDA |

THE SPECIFICATIONS FOR THE PAPER BAGS ARE:

| | |
|---|---|
| BAG SIZE: | 6 X 3-5/8 X 11-1/16 |
| PAPER: | 35 # WHITE MG |
| IMPRINT: | ONE COLOR ~~ONE~~ SIDE  2 sides. |
| PACKING: | 500 PER CASE |
| QUANTITY: | 10,000 |
| COST PER BAG: | $~~.095~~  .10 |
| FOB: | MILL |

IF THERE IS ANY FURTHER INFORMATION REQUIRED, PLEASE FEEL FREE TO CALL ME.

THANK YOU AGAIN FOR THE OPPORTUNITY TO BE OF SERVICE.

*Joyce*

# S. POSNER SONS INC.

122 East 42nd Street, New York, N.Y. 10168

Tel: (212) 486-1360
Fax: (212) 972-5939
Web: www.sposnersons.com

MARCH 20, 2001

TO:     JUDY KRAFT
        JUST BULBS

FROM:   JOYCE

RE:     BAGS

DEAR JUDY:

I CAN ONLY GIVE YOU INFORMATION FOR THE YEARS 1999 AND 2000, BUT I THINK IT SHOULD HELP YOU.

*gauge*

### PLASTIC BAGS

| DATE    | SIZE              | QUANTITY | COLOR |
|---------|-------------------|----------|-------|
| 7/7/99  | 12 X 8 X 27       | 10,000   | RED   |
| 2/8/00  | 9 X 5 X 21        | 20,000   | WHITE |
| 4/28/00 | 14 X 8 X 34       | 5000     | WHITE |

### PAPER BAGS

| DATE    | SIZE                  | QUANTITY | COLOR |
|---------|-----------------------|----------|-------|
| 7/12/99 | 6 X 3-5/8 X 11-1/16   | 10,000   | WHITE |
|         | 6-1/4 X 9-1/4         | 6000     | WHITE |

PRICES WILL DEPEND UPON QUANTITY.

THE BAGS THAT COME FROM CHINA ARE THE LEAST COSTLY, BUT THEY TAKE ABOUT 13 WEEKS.

IF THERE ARE ANY QUESTIONS, PLEASE FEEL FREE TO CALL ME.

THANK YOU.

*[signature: Joyce]*

1

PL 0000373



recyclable

