**LAW OFFICES**
**LEONARD S. PICARIELLO**
151 WEST 93RD STREET
NEW YORK, NEW YORK 10025

TEL (212) 662-9800
FAX (212) 662-0421

August 5, 1992

Doris S. Hoffman
Stoll, Previto & Hoffman
Suite 5200
Empire State Building
New York, New York   10118

Dear Ms. Hoffman:

This office represents Park Avenue Lighting Inc., 401 Park Avenue South, New York, New York.

In response to your letters of June 18 and July 22, 1992 please be advised that our client discontinued its use of the business card to which you refer upon receipt of your letter of June 18, 1992 and that it does not use the silhouetted light bulb design in any other manner.

Kindly direct any future correspondence in this matter to the undersigned.

Very truly yours,

Leonard S. Picariello (by Kay A. Youngerman)
Leonard S. Picariello

LSP:kay

# Kaufman & Kahn, LLP

February 6, 2013

BY UPS AIR:
CONFIRMATION BY MAIL

Just Bulbs
103 Howard Street
San Francisco, CA  94105

      Re:     Trademark Infringement of JUST BULBS

To "Just Bulbs:"

     We represent Bulbs 4 East Side Inc., d/b/a Just Bulbs – the Light Bulb Store (the "Company").  The Company has used the trade name and service mark JUST BULBS consistently, extensively, and prominently in interstate commerce since at least as early as June 30, 1981, in connection with selling and promoting their goods/ services, namely, retail store service specializing in light bulbs.  JUST BULBS is a trademark registered on the Principal Register of the U.S. Patent and Trademark Office ("PTO"), bearing Registration No. 1234998.

     It has recently come to our attention that you purport to be using trade name, trademark and/or service mark "Just Bulbs" in connection with selling light bulbs.  You are also advertising your store through Facebook at http://www.facebook.com/pages/Just-Bulbs/180030012055933?fref=ts (the Facebook Page").

     Your use of "Just Bulbs" and the Facebook Page clearly infringes upon our client's stated trade name and trademark, and its exclusive right to use such mark.  We consider your use of the identical mark in connection with the identical goods type of goods, namely, light bulbs, to be a flagrant attempt to trade on the extensive and valuable good will which the Company has developed in its well-known mark.  Such use constitutes trademark infringement, unfair competition, and false designation of origin under federal and state law in the United States.  Moreover, based on federal registration of its trademark, the Company is entitled to treble damages and attorney's fees incurred in connection with any continued, willful infringement in which you may engage, based in part on your receipt of this notice.

     Please contact the undersigned, or have your attorney do so, by no later than the close of business on February 14, 2013, to discuss the reasonable assurances that will be necessary to satisfy the Company that any and all offending uses of "Just Bulbs" and the FAcebook Page are being terminated.  We are confident that you will not wish to commence operating your business in violation of the law, but should we not hear from you, we will be forced to assume otherwise and will pursue all appropriate remedies to the fullest extent of the law.  I trust that that will not become necessary.

747 third avenue, 32nd floor • New York, New York  10017
Tel.:  (212) 293-5556 • Fax: (212) 355-5009 • E-mail: kaufman@kaufmankahn.com

PL 0000291

February 6, 2013
-- Page 2 --

    Under the circumstances, this letter does not purport to be a complete statement of the law or facts with respect to the matters discussed herein and we do not waive any of our client's rights or remedies, all of which are hereby expressly reserved.

                                              Very truly yours,

                                              /s/

                                            Mark S. Kaufman

747 THIRD AVENUE, 32ND FLOOR • NEW YORK, NEW YORK 10017
TEL.: (212) 293-5556 • FAX: (212) 355-5009 • E-MAIL: KAUFMAN@KAUFMANKAHN.COM

PL 0000292

# KAUFMAN & KAHN, LLP

March 12, 2013

<u>BY UPS AIR</u>

Just Bulbs
30970 Huntwood Ave
Hayward, California 94544
Phone: (510) 475-4182

    Re:    <u>Trademark Infringement of JUST BULBS</u>

To "Just Bulbs:"

    We represent Bulbs 4 East Side Inc., d/b/a Just Bulbs – the Light Bulb Store (the "Company"). The Company has used the trade name and service mark JUST BULBS consistently, extensively, and prominently in interstate commerce since at least as early as June 30, 1981, in connection with selling and promoting their goods/ services, namely, retail store service specializing in light bulbs. JUST BULBS is a trademark registered on the Principal Register of the U.S. Patent and Trademark Office ("PTO"), bearing Registration No. 1234998.

    It has recently come to our attention that you purport to be using trade name, trademark and/or service mark "Just Bulbs" in connection with selling light bulbs.

    Your use of "Just Bulbs" clearly infringes upon our client's stated trade name and trademark, and its exclusive right to use such mark. We consider your use of the identical mark in connection with the identical goods type of goods, namely, light bulbs, to be a flagrant attempt to trade on the extensive and valuable good will which the Company has developed in its well-known mark. Such use constitutes trademark infringement, unfair competition, and false designation of origin under federal and state law in the United States. Moreover, based on federal registration of its trademark, the Company is entitled to treble damages and attorney's fees incurred in connection with any continued, willful infringement in which you may engage, based in part on your receipt of this notice.

    Please contact the undersigned, or have your attorney do so, by no later than the close of business on March 20, 2013, to discuss the reasonable assurances that will be necessary to satisfy the Company that any and all offending uses of "Just Bulbs" are being terminated. We are confident that you will not wish to commence operating your business in violation of the law, but should we not hear from you, we will be forced to assume otherwise and will pursue all appropriate remedies to the fullest extent of the law. I trust that that will not become necessary.

747 THIRD AVENUE, 32ND FLOOR • NEW YORK, NEW YORK 10017
TEL.: (212) 293-5556 • FAX: (212) 355-5009 • E-MAIL: KAUFMAN@KAUFMANKAHN.COM

PL 0000289

March 12, 2013
-- Page 2 --

    Under the circumstances, this letter does not purport to be a complete statement of the law or facts with respect to the matters discussed herein and we do not waive any of our client's rights or remedies, all of which are hereby expressly reserved.

Very truly yours,

*[signature]*

Mark S. Kaufman

747 THIRD AVENUE, 32ND FLOOR • NEW YORK, NEW YORK 10017
TEL.: (212) 293-5556 • FAX: (212) 355-5009 • E-MAIL: KAUFMAN@KAUFMANKAHN.COM

PL 0000290